IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAQUINCY NANCE                                             PLAINTIFF

v.                    Case No. 3:18-cv-00205-KGB

CRAIGHEAD COUNTY
DETENTION CENTER, *et al*.                                 DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 3). Accordingly, the Court dismisses without prejudice for failure to prosecute plaintiff Laquincy Nance's complaint (Dkt. No. 1).

It is so ordered this 15th day of May, 2019.

                                                                     Kristine G. Baker
                                                                     United States District Judge