IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAQUINCY NANCE**                                                                      **PLAINTIFF**

**v.**                   Case No. 3:18-cv-00205-KGB

**CRAIGHEAD COUNTY
DETENTION CENTER**, *et al*.                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Laquincy Nance's complaint is dismissed without prejudice.

It is so adjudged this 15th day of May, 2019.

                                                                 Kristine G. Baker
                                                                 United States District Judge